UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**     JS-6

| | |
|---|---|
| Case No. | ED CV 12-293 CAS (MANx)     Date    March 30, 2012 |
| Title | LUCILLE MONCADA v. FIRST STUDENT, INC. ET AL. |

Present: The Honorable    **CHRISTINA A. SNYDER**

| CATHERINE JEANG | Not Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:     Attorneys Present for Defendants:

Not Present                         Not Present

**Proceedings:**     **(In Chambers:) ORDER REMANDING ACTION TO SAN BERNARDINO SUPERIOR COURT**

## I. INTRODUCTION

On February 2, 2012, defendants First Student, Inc. and Laidlaw Transit, Inc. filed a notice of removal in the above-captioned case on the basis of diversity of citizenship pursuant to 28 U.S.C. § 1332(a). On March 9, 2012, the Court issued an order to show cause why the action should not be remanded for lack of subject matter jurisdiction. Specifically, the Court ordered defendants to demonstrate, by a preponderance of the evidence, whether plaintiff's lost wages will exceed the $75,000 amount-in-controversy requirement. Dkt. No. 14 at 3.

On March 29, 2012, defendants responded that they did not have sufficient evidence to establish the amount-in-controversy by a preponderance of the evidence and agreed that remand is appropriate. Dkt. No. 16 at 2.

Accordingly, the Court hereby REMANDS the case to San Bernardino County Superior Court.

IT IS SO ORDERED.

                                                               00   :   00

                                         Initials of Preparer       CMJ